Case 1:22-mj-00081-GMH   Document 1   Filed 04/1

Case: 1:22-mj-00081
Assigned To : Harvey, G. Michael
Assign. Date : 4/14/2022
Description: Arrest Rule (5)

CR 12 (Rev. 5/03)

## WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Kowan Poole | DOCKET NO<br>20 CR 3     MAGISTRATE'S CASE NO |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Kowan Poole<br>1819 Bruce Place Southeast<br>Washington, D.C. 20020 |
| WARRANT ISSUED ON THE BASIS OF:   X Order of Court<br>☐ Indictment    ☐ Information    ☐ Complaint | |
| TO: United States Marshal or Any Other Authorized Officer | DISTRICT OF ARREST<br>Southern District of New York |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Violation of pre-trial release conditions

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>3142 |
|---|---|---|
| | BAIL    OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>Katherine Polk Failla, U.S. District Judge | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) *Katherine Polk Failla* | DATE ORDERED<br>September 15, 2021 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9/15/2021 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael Tantillo<br>DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>4/14/2022 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.